Entered on Docket
November 17, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yylagan@ccfirm.com
Loan No.  xxxx3236 / Our File No. 10-09-11361-NV

Attorney for Secured Creditor Green Tree Servicing, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

DAVID WAYNE COLLINS
        Debtor(s)

CHAPTER 7
BANKRUPTCY NO.: 10-27763-MKN
DATE: November 10, 2010
TIME: 1:30 PM

**ORDER TERMINATING THE AUTOMATIC STAY
RE: DEBTOR AND BANKRUPTCY ESTATE**

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Green Tree Servicing, LLC, its assignees and/or successors in interest, regarding the property located and generally described as 3254 Velvet Rose Street, Las Vegas, NV 89135, ("Property" herein) and legally described as follows:

      SEE ATTACHED EXHIBIT A

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:   /s/ Michael W. Chen                  Date: October 4, 2010
Michael W. Chen, Esq.
Attorney for Secured Creditor
Green Tree Servicing, LLC

By:   SEE ATTACHED                  Date: _____
Lenard E. Schwartzer,
Chapter 7 Trustee

LEGAL DESCRIPTION

ALL THE REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, BOUNDED AND DESCRIBED AS FOLLOWS:

LOT ONE HUNDRED AND THIRTY-SEVEN (137) IN BLOCK TWO (2) OF THE FINAL MAP OF NORTHDALE AT SUMMERLIN, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 85 OF PLATS, PAGE 35, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

TAX ID #: 16412813137

BY FEE SIMPLE DEED FROM KAUFMAN AND BROAD OF NEVADA, INC. AS SET FORTH IN DEED BOOK 19991115, PAGE 01075 AND RECORDED ON 11/15/1999, CLARK COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.



40074269-01

US Recordings

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021 (b)(1)

___ No party appeared at the hearing or filed an objection to the motion

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_X_ I certify that this case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order:

I declare under penalty and perjury that the forgoing is true and correct.

                                  /s/ Max Erwin
                     An employee of The Cooper Castle Law Firm

- 1 -